IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MCKINLEY WILLIAMS
ADC # 146148                                                                PLAINTIFF

v.                       No. 5:13-cv-47-DPM

BANKS, Warden, Varner Unit, ADC;
CLARENCE CAPPS, Correctional Officer,
Varner Unit, ADC; JAMES GIBSON,
Deputy Warden, Varner Unit, ADC;
JARED BYERS, Major, Varner Unit, ADC;
and JONES, Lt., Varner Unit, ADC                              DEFENDANTS

## JUDGMENT

All claims against all defendants having been adjudicated, № 10 & 29, Williams's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Orders would not be taken in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 October 2013